AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

AUG - 7 2013

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANOUSHIRVAN R. SARRAF | ) | Case No. 1:13-CR-130 |
| | ) | |
| Defendant | ) | |

RECEIVED UNITED STATES MARSHAL
2013 MAR 28 PM 1:
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANOUSHIRVAN R. SARRAF ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy in violation of 18 U.S.C. § 371
Importation Contrary to Law in violation of 18 U.S.C. § 545

Date: 03/27/2013

*Issuing officer's signature*

City and state: Alexandria, VA

Tenesha Cheatham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/28/2013 , and the person was arrested on *(date)* 8/7/2013
at *(city and state)* ROCKVILLE, MD .

Date: 8/7/2013

*Arresting officer's signature*

DAVID W. FREDERICK, POSTAL INSPECTOR
*Printed name and title*