TYPE OF HEARING: R5
CASE NO# 13-CR-130
MAGISTRATE JUDGE: Anderson
DATE: 8-7-13
TIME: 2:00
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

vs.

Syed Huda
Deeba Mallick
Anoushirvan R. Sarraf

GOVT. ATTY _____ L. Kelly _____

DEFT'S ATTY. _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL ( )

Huda Mallick has retained
Sarraf will retain counsel
Huda seeks detention as to Huda & Mallick
Huda and Mallick are remanded to Clerk's

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND: Sarraf - bond pts Supervision

                              Oh (Huda, Mallick)

NEXT COURT APPEARANCE 8-9-13  TIME 2:00
RECORDER                       RECORDER
INDEX#          SPEAKER        INDEX #          SPEAKER

Indicted