

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:13CR130 |
| ) | |
| v. ) | Count 1: 18 U.S.C. § 371 – Conspiracy |
| ) | |
| ) | Counts 2-3: 18 U.S.C. § 545 – Importation |
| GALLANT PHARMA ) | Contrary to Law |
|    INTERNATIONAL INC., ) | |
| TALIB KHAN, ) | Counts 4-8: 21 U.S.C. § 331(a) – Introduction |
| SYED HUDA (a/k/a "Farhan Huda"), ) | of Misbranded Drugs |
| DEEBA MALLICK, ) | |
| MUNAJJ ROCHELLE, ) | Counts 9-13: 21 U.S.C. § 331(t) – Unlicensed |
| ROBERT WACHNA, ) | Medical Wholesaling |
| HARVEY WHITEHEAD, ) | |
| PATRICIA DURR, ) | Counts 14-15: 18 U.S.C. § 1343 – Wire Fraud |
| LISA CORONITI, ) | |
| MIRWAISS AMINZADA, and ) | Counts 16-17: 18 U.S.C. § 1957(a) – Monetary |
| ANOUSHIRVAN R. SARRAF, ) | Transactions With Criminally Derived Proceeds |
| ) | |
|    Defendants. ) | Notice of Forfeiture |

## ORDER TO UNSEAL INDICTMENT

Upon motion of UNITED STATES, it is hereby

ORDERED, ADJUDGED, and DECREED that the Indictment, summons, arrest warrants, Motion to Seal, and Order to Seal in the above-captioned matter shall be unsealed.

                                                                        /s/
                                                 Claude M. Hilton

Date: August 7, 2013                             United States District Judge
     Alexandria, Virginia