## ARRAIGNMENT MINUTES – August 15, 2013

**Judge: Claude M. Hilton**
**Court Reporter: T. Westfall**
**Time: 9:30 – 9:50**

| | | |
|---|---|---|
| 1) GALLANT PHARMA INTERNATIONAL, INC. | 1:13cr130 | AUSA: Lindsay A. Kelly |
| | | Defense: |
| | **1) N/A** | 1) |
| 3) HUDA, | **3) In Custody** | 3) Mark Schamel (phv) |
| Syed | **4) On Bond** | 4) Mark Schamel (indicated that he is |
| | **7) On Bond** | standing in for T. Connolly who will be |
| 4) MALLICK, | **9) On Bond** | entering his appearance for dft Mallick) |
| Deeba | **10) On Bond** | 7) Patricia Sulzbach |
| | **11) On Bond** | 9) John Zwerling |
| 7) WHITEHEAD, | | 10) Steven Duckett, Jr and David |
| Harvey | | Benowitz (phv) – pro hac vice order |
| (appearance waived) | | entered |
| | | 11) Jonathan Simms |
| 9) CORONITI, | | |
| Lisa | | Motions: **09/13/2013 @ 9:00** |
| | | Trial: **10/07/2013 @ 10:00 JURY** |
| 10) AMINZADA, | | Date Returned: 03/27/13 |
| Mirwaiss | | Speedy Trial: 10/24/13 |
| | | |
| 11) SARRAF, | | |
| Anoushirvan R. | | |

Defendants WFA, PNG and demanded a jury trial. 20 days to file motions w/motion hearing set for 09/13/2013 @ 9:00. Jury trial set for 10/07/2013 @ 10:00.

US' Motion to Quash Arrest Warrant as to Mirwaiss Aminzada – Granted, Order entered. Dft Aminzada placed on a $50,000.00 bond (to be secured by the 3 properties indicated) with the conditions set forth by pretrial services. The Court indicated that the defendant's upcoming trip to Afghanistan is permitted.

Dft Deeba Mallick's Motion to Modify her bond conditions and/or for Clarification – Referred to Judge Anderson.

Defendant Syed Huda remanded. Dft Deeba Mallick and Anoushirvan Sarraf cont'd on present bond. Dft Lisa Coroniti continued on the bond set in Pennsylvania w/the modification that she is permitted to travel within the continental US.